**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| BOOKER T. DAVIS, SR., as Personal Representative ) <br> of the Estate of BOOKER T. DAVIS, JR., deceased, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAVID GREEN, NURA AUSTIN, ROY WILLIAMS ) <br> KELLY LEPORE, CHRIST ALSBROOK, JAMES ) <br> WHEELER, STUART THOMAS, individually and in his ) <br> official capacity, and THE CITY OF LITTLE ROCK, ) <br> a municipality, ) <br> ) <br> Defendants. ) | Case No.: 4:16-CV-514 KGB |

## BRIEF IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE PER RULE 41(a)(2)

NOW COMES Plaintiff, BOOKER T. DAVIS, SR., as Personal Representative of the Estate of BOOKER T. JONES, JR., deceased, by and through his attorneys, and moves for the entry of a dismissal order as to all Defendants, said dismissal being with prejudice. In support thereof, Plaintiff respectfully states as follows:

Federal Rule of Civil Procedure 41(a)(2) provides that an action may be dismissed at the plaintiff's request by court order, on terms that the court considers proper. See Fed. R. Civ. P. 41(a)(2). This matter was previously filed (4:15-CV-413 KGB), and voluntarily dismissed per Fed. R. Civ. P. 41(a)(1) on July 16, 2015. It was refiled with the Court on July 14, 2016. See Doc. #1.

In the present matter, Plaintiff has elected to dismiss his claims against the defendants. While appearances for the defendants have not been filed, the undersigned has confirmed same

with their representative. There is no objection, and no prejudice to these defendants is occasioned by the dismissal of the action.

    WHEREFORE and for the foregoing reasons, Plaintiff prays this Honorable Court grants his motion to dismiss with prejudice per Rule 41(a)(2).

Respectfully submitted,

/s/ *Michael J. Laux*_____
Michael J. Laux
E. Dist. Arkansas Bar No. 6278834
One of the Attorneys for PLAINTIFF
400 W. Capitol Ave., Suite 1700
Little Rock, AR 72201
Telephone: (501) 242-0750
Facsimile: (501) 372-3482
E-mail: mlaux@lauxlawgroup.com

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BOOKER T. DAVIS SR., as Personal Representative
of the Estate of BOOKER T. DAVIS, JR., deceased,                                   PLAINTIFF

V.                              CASE NO.: 4:16-CV-514 KGB

DAVID GREEN, et al.,                                                               DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ *Michael J. Laux*_____
Michael J. Laux
E. Dist. Arkansas Bar No. 6278834
One of the Attorneys for PLAINTIFF
400 W. Capitol Ave., Suite 1700
Little Rock, AR 72201
Telephone: (501) 242-0750
Facsimile: (501) 372-3482
E-mail: mlaux@lauxlawgroup.com