# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BOOKER T. DAVIS, SR.,** as Personal Representative
of the Estate of **BOOKER T. DAVIS, JR.,** deceased,                   **PLAINTIFF**

v.                        Case No. 4:16-cv-00514-KGB

**DAVID GREEN, NURA AUSTIN, ROY WILLIAMS,
KELLY LEPORE, CHRIS ALSBROOK, JAMES
WHEELER, STUART THOMAS,** individually and in his
official capacity, and **THE CITY OF LITTLE ROCK,**
a municipality,                                                      **DEFENDANTS**

## ORDER

Before the Court is plaintiff Booker T. Davis Sr.'s motion to dismiss with prejudice per Rule 41(a)(2) (Dkt. No. 2). Mr. Davis moves to dismiss with prejudice his pending claims against all defendants in this matter. Mr. Davis represents that he has conveyed to the representative of all defendants his intention to dismiss all claims with prejudice and that the representative does not object to the request.

This action may be dismissed at Mr. Davis's request "only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Therefore, the Court grants the motion (Dkt. No. 2). This matter is dismissed with prejudice.

So ordered this the 10th day of January, 2017.

_____
Kristine G. Baker
United States District Judge